UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

WAYNE RANCHER,                        )
                                      )
        Plaintiff,                    )
                                      )
    v.                                )   No. 4:11-CV-2105-TIA
                                      )
DIVISION OF CORRECTIONS, et al.,      )
                                      )
        Defendants.                   )

### ORDER OF DISMISSAL
### PURSUANT TO 28 U.S.C. § 1915(e)(2)(B)

**IT IS HEREBY ORDERED** that plaintiff's complaint is **DISMISSED**, without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B).

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith. See 28 U.S.C. § 1915(a)(3).

Dated this 9th day of January, 2012.


                              /s/ Jean C. Hamilton
                              **UNITED STATES DISTRICT JUDGE**